FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 AUG 16 PM 2:58

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| OFFSHORE INNOVATIONS, LLC. d/b/a Frenzy Big Game Tackle | CIVIL ACTION |
| Plaintiff | No. 05-0931 |
| Versus "K" | JUDGE: DUVAL, SECT. |
| CAROLINA LURES, INC. A Georgia corporation JIMMIE JOHN MCKERAL, JR., An individual, Defendants | |

## PROPOSED ORDER

Considering the foregoing Motion to Strike Notice of Hearing, filed by Defendant/Counter-Plaintiffs, Carolina Lures, Inc., a Georgia corporation, and Jimmie John McKeral, Jr., an individual:

IT IS HEREBY ORDERED that, the Notice of Hearing on the Motion for Summary Judgment filed by Counter-Defendants is hereby stricken. and the hearing on the Motion for Summary Judgment is set for hearing with oral argument on September 20, 2006 at 9:00 a.m.

New Orleans, Louisiana, this 14th day of August, 2006.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____